IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

AMADO RIVAS,

    Plaintiff,

vs.          No. 2:13-cv-00028-WJ-LAM

THE UNITED STATES OF AMERICA,

    Defendant.

## STIPULATION OF DISMISSAL

The parties, by their undersigned attorneys, hereby stipulate and agree that this action is dismissed with prejudice, with the parties to bear their own costs.

This Stipulation is entered into in accordance with the provisions of Rule 41(a)(1)(A)(ii), Federal Rules of Civil Procedure.

    SCHERR & LEGATE, PLLC.

    */s/ Connie J. Flores*
    CONNIE J. FLORES
    Attorneys for Plaintiff
    109 North Oregon, 12th Floor
    El Paso, Texas  79901
    (915) 544-0100
    (915) 532-1759 (Facsimile)
    For Plaintiff Amado Rivas

    DAMON P. MARTINEZ
    Acting United States Attorney

    */s/ J. Cole Hernandez*
    J. COLE HERNANDEZ
    Assistant U.S. Attorney
    District of Arizona
    405 W. Congress, Suite 4800
    Tucson, Arizona 85701
    Telephone – (520) 620-7407
    Facsimile – (520) 620-7138
    Email – cole.hernandez@usdoj.gov
    For Defendant